**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-8470**

—————————

CHRISTOPHER ALLEN TODD,

        Plaintiff – Appellant,

    v.

GREGORY KNOWLIN, Warden; CORPORAL JONES, Officer; OFFICER TOLLER,

        Defendants – Appellees,

    and

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

        Defendant.

—————————

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  G. Ross Anderson, Jr., Senior District Judge.  (9:07-cv-03990-GRA)

—————————

Submitted:  April 20, 2009         Decided:  May 11, 2009

—————————

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Christopher Allen Todd, Appellant Pro Se.  Erin Mary Farrell, Daniel Roy Settana, Jr., MCKAY, CAUTHEN, SETTANA & STUBLEY, PA, Columbia, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Allen Todd appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Todd v. Knowlin, No. 9:07-cv-03990-GRA (D.S.C. Nov. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED